## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

INNOVATION VENTURES, LLC
d/b/a LIVING ESSENTIALS.,
a Michigan corporation,

        Plaintiff,

  v.

NATURES ONLY, INC.
a California corporation,
CPB INTERNATIONAL, INC.
a Pennsylvania corporation
PHARMED MEDICARE,
a New York corporation,

        Defendants.

_____/

**ORIGINAL**

Case No. 03-71666
Hon. John Corbett O'Meara

BUTZEL LONG
By:    J. Michael Huget (P39150)
       Laurie J. Michelson (P47214)
       Michael Turco (P48705)
150 W. Jefferson, Suite 900
Detroit, MI 48226
(313) 225-7000
Attorneys for Plaintiff

GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
By:    Douglas W. Sprinkle (P25326)
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
(248) 647-6000
Attorneys for Defendants
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Innovation Ventures, LLC, d/b/a Living Essentials ("Living Essentials"), by its counsel, hereby responds to the Court's September 11, 2003 Order to Show Cause why this case should not be dismissed for Failure to Prosecute as follows:

1.    Plaintiff filed its Complaint alleging trade dress infringement and related claims on April 29, 2003.

2.    Very shortly after the filing, counsel for the parties began settlement discussions. Some of the correspondence pertaining to those discussions is attached at Exhibit A. Counsel for Defendants indicated initially that his clients had changed the packaging in a way that they believed might resolve the case at the outset. After reviewing the so-called revised packaging, counsel for Plaintiff indicated that the minor changes were in no way adequate to eliminate the likelihood of consumer confusion being caused by the similar packages.

3.    Thereafter, counsel for the parties continued to try to settle the case, but were unable to do so. Accordingly, on September 10, 2003, counsel for Plaintiff asked the Defendants to file an answer by September 19, 2003. (Exhibit B). Prior to receiving the Court's Show Cause Order, counsel for Defendants indicated that he would be filing an Answer by Tuesday, September 23, 2003.

4.    Plaintiff was receptive and willing to try to settle the case without the need for further litigation. As that has not yet proven to be possible, Plaintiff intends to fully prosecute this case once Defendants file their Answer.

5.    While the parties were pursuing settlement, counsel for Plaintiff gave counsel for Defendants repeated extensions of time to answer the Complaint.

6.    Plaintiff would be happy to provide additional information pertaining to the substance of the parties' conversations if the Court feels it is necessary. Because the parties were

actively seeking to settle the case, Plaintiff respectfully requests that the case not be dismissed for failure to prosecute.

                                     Respectfully submitted,

                                     **BUTZEL LONG**

                                     By: _____
                                        J. Michael Huget (P39150)
                                        Laurie J. Michelson (P47214)
                                        Michael Turco (P48705)
                                    150 W. Jefferson, Suite 900
                                    Detroit, MI  48226
                                    (313) 225-7000
                                    Attorneys for Plaintiff

Dated:    September 26, 2003

LAW OFFICES

**GIFFORD, KRASS, GROH, SPRINKLE,**
**ANDERSON & CITKOWSKI, P.C.**
PATENT, TRADEMARK AND COPYRIGHT PRACTICE
200 N. OLD WOODWARD AVENUE, SUITE 400
BIRMINGHAM, MICHIGAN 48009-5394

(248) 647-6000
FACSIMILE (248) 647-5210
info@patlaw.com

ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS C. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
ELLEN S. COGEN (3)
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
MARK D. SCHNEIDER
BEVERLY M. BUNTING
LIONEL D. ANDERSON

OF COUNSEL
ROBERTA J. MORRIS, PH.D. (4)

PATENT AGENTS
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.

ALFRED L. PATMORE, JR.
(1929-1997)

ANN ARBOR OFFICE
101 NORTH MAIN, SUITE 800
ANN ARBOR, MICHIGAN 48104-1476
(734)913-9300
FACSIMILE (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 26
VENICE, FLORIDA 34285
(941)488-4245
FACSIMILE (941) 484-5256

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA
(4) NEW YORK

June 17, 2003

Our File: NOA-10070/04

Mr. J. Michael Huget
Butzel Long
150 W. Jefferson, Suite 900
Detroit, MI 48226-4450

    Re:   **Innovation Ventures, LLC v. Natures Only, Inc. et al.**
            **Case No. 03-71666**

Dear Mr. Huget:

    Enclosed herewith please find a copy of the new packaging of the Natures Only "Cheers" product. As you can see, the colors of the packaging as well as the trademark used in connection with the product are completely different from your client's product.

    Indeed, the only similarity at all between the packaging used by your client and mine is in the size and the shape of the packaging. However, I am advised that this sort of packaging is a conventional sample package used in the medical industry for many years and by many different manufacturers.

    Please give me a call after you have had a chance to review the packaging and discuss it with your client.

Very truly yours,

Douglas W. Sprinkle

DWS/gs
Enclosure

RECEIVED
JUN 2 0 2003
J. MICHAEL HUGET

RECEIVED
JUN 19 2003
J. MICHAEL HUGET



NEW 100% NATURAL

## Natures™ Only

# Cheers™

## Helps Avoid Hangovers

**PROBIOTICS ENRICHED**

New probiotics detox formula helps the body remove harmful elements in beer, liquor and wine.

**Two captabs work for up to 6 drinks**



**4 CAPTABS**    **FOOD SUPPLEMENT**

PATENT PENDING

STORE IN A COOL DRY PLACE

**Directions (per drinking session)**
- Two captabs with your first drink
- For best results, take two more captabs every two hours or after five drinks
- To avoid dehydration from alcohol, drink plenty of water

**Warning**
- Please drink responsibly
- Not for use by minors
- Cheers will not prevent intoxication
- Never drink and drive
- Do not drink if you are pregnant or nursing
- Cheers does not treat or prevent consequences of excess alcohol consumption

**Caution**
Do not use more than 8 captabs in 24 hours period, for more than one week except under the supervision of your health physician

No statements presented here have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease



0 503488 700513

| Supplement Facts | | |
|---|---|---|
| Serving Size 2 Captabs | | |
| Amount Per Serving | | % Daily Value |
| Activated calcium carbonate | 600 mg | * |
| Vegetable carbon | 350 mg | * |
| Lactobacillus Sporogenes 100 million units | | * |
| * = Not established | | |

Other Ingredients: Sucrose, Cellulose, Croscarmellose sodium, Stearic acid, Acacia, Vegetable magnesium stearate, Natural colour, Glazing agents

*FREE FROM YEAST, WHEAT CORN, SOY, LACTOSE, GLUTEN, ARTIFICIAL COLOURING, ARTIFICIAL FLAVOURING OR PRESERVATIVES.

SUITABLE FOR VEGANS AND VEGETARIANS

## Natures™ Only

Natures Only, Inc.
8560, Vineyard Avenue
Suite 410
Rancho Cucamonga
CA V1730, USA
email : info@2cheers.com
www.2cheers.com

Lot        301
Best Before  APR.2005

# BUTZEL LONG

a professional corporation
ATTORNEYS AND COUNSELORS

J. MICHAEL HUGET

DIRECT DIAL (734) 213-3628
INTERNET huget@butzel.com

ANN ARBOR OFFICE
SUITE 300   350 SOUTH MAIN STREET
ANN ARBOR, MICHIGAN 48104-2131
(734) 995-3110   fax (734) 995-1777

July 7, 2003

**VIA U.S. MAIL**

Douglas W. Sprinkle
Gifford, Krass, Groh, Sprinkle,
  Anderson & Citkowski, P.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009-5394

> Re:   Innovation Ventures, LLC v. Natures Only, Inc., et al.
>        Case No. 03-71666

Dear Mr. Sprinkle:

I am in receipt of your June 17, 2003 letter enclosing a copy of the alleged "new" product packaging for the Nature's Only "Cheers" product and disagree with your conclusion that the package is "completely different" from our client's product.

In fact, we are surprised by the seemingly minimal effort undertaken by your clients to alleviate the concerns raised in our Complaint. The only changes that appear to have been to the Cheers packaging was the inclusion of some purple coloring and a few minor word tweaks. We doubt that it is coincidental that this purple coloring is the color used on our client's "Wine Chaser"[®] packaging. In other words, the Defendants' packaging was merely converted from a blatant copy of Living Essentials' "Chaser[®]" product packaging to a combination of its "Chaser[®]" and "Wine Chaser[®]" product packages.

In addition to the remaining color and language similarities, the configurations of the packages remain identical. The "new" Cheers packaging still consists of the rounded, die-cut, fold-over card with a manually inserted blister that contains and exposes four caplets in see-through openings that was copied from the Chaser[®] packaging. Moreover, despite what you may have been told, we are not aware of any other similar products that use this specific type of packaging. If, however, you have examples that we are unaware of, please pass them along for our consideration.

We have little doubt that the proposed Cheers packaging is every bit as likely to cause consumer confusion in violation of the Lanham Act as the initial infringing packaging. Accordingly, we would request that the Defendants respond to the Complaint as it appears clear that the lawsuit will need to go forward.

July 7, 2003
Page 2


If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Michael Huget

JMH/ah

LAW OFFICES

ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
ELLEN S. COGEN (3)
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
MARK D. SCHNEIDER
BEVERLY M. BUNTING
LIONEL D. ANDERSON

OF COUNSEL
ROBERTA J. MORRIS, PH.D. (4)

PATENT AGENTS
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.

# GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.

PATENT, TRADEMARK AND COPYRIGHT PRACTICE
280 N. OLD WOODWARD AVENUE, SUITE 400
BIRMINGHAM, MICHIGAN 48009-5394

(248) 647-6000
FACSIMILE (248) 647-5210
info@patlaw.com

ALFRED L. PATMORE, JR.
(1929-1997)

ANN ARBOR OFFICE
101 NORTH MAIN, SUITE 800
ANN ARBOR, MICHIGAN 48104-1476
(734) 913-9300
FACSIMILE (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 28
VENICE, FLORIDA 34285
(941) 488-4245
FACSIMILE (941) 484-5258

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA
(4) NEW YORK

July 15, 2003

Our File:  NOA-10070/04

Mr. J. Michael Huget
Butzel Long
150 W. Jefferson, Suite 900
Detroit, MI  48226-4450

Via Facsimile

CONFIRMATION

Re:    Innovation Ventures, LLC v. Natures Only, Inc. et al.
       Case No. 03-71666

Dear Mike:

As per your request, I made an inquiry regarding similar packaging used by my client for other products.  Accordingly, my client has provided me with pictures of no less than three separate products using virtually the identical packaging that is at issue in this lawsuit.  I have been advised that my client has utilized this packaging since at least as early as 1999.

Apparently the major cost for such packaging resides in the tooling cost to produce the blister pack.  Consequently, once my client has invested in that tooling, they tend to use the same blister pack for multiple products.  That blister pack essentially dictates the overall shape and appearance of the packaging.

On a more urgent level, as I indicated to your assistant, I am leaving Wednesday, July 16 on vacation for ten days.  I would like you to hold off on any action until we can talk after my return.  However, if you insist upon proceeding forward and demand an immediate answer to the complaint, please contact my partner, Julie Greenberg, and she will take care of it.  However, unless you contact Julie as noted above, I will assume that you will hold off until I return from vacation.  Hopefully we will be able to work out an arrangement that is acceptable to all.

Very truly yours,

Douglas W. Sprinkle

RECEIVED
JUL 17 2003
J. MICHAEL HUGET

DWS/gs

cc:    Julie A. Greenberg



*There may be times when your body needs more calcium and bone fortifying nutrients than your diet provides*

**TEENAGERS**
Calcium and Zinc optimises growth of healthy bones because teenage is a period of rapid growth when Calcium needs are particularly high

**ADULTS (Men and Women)**
Bone tissue is constantly changing. After the age of 30, bone loss may exceed bone formation. Calcium and other bone fortifying nutrients may help to maintain the balance between these processes

**SPORT / EXERCISE**
Calcium supplementation has been shown to enhance the positive effects of exercise on bone strength.

**SLIMMERS**
To safeguard the replacement of Calcium and other bone nutrients during dieting

**BREAST FED BABIES**
Calcium, Zinc and Magnesium are required for the development and growth of the baby.

**BREAST FEEDING MOTHERS**
Helps to maintain the level of Calcium and other minerals in mother's bones during breast feeding

**MENOPAUSE**
Formulated to help replace the natural loss of Calcium during this period. Can be used in conjunction with HRT

**FOR THE ELDERLY**
Calcium and Vitamin D are particularly important in maintaining bone health. Vitamin D enhances Calcium absorption

Supracal* Plus

1 x 4 Tablets

# Supracal* Plus

Calcium Citrate, Magnesium, Zinc, Vitamin $D_3$
***Plus*** Manganese, Silicon, Boron and Copper Tablets

**ULTIMATE BONE BUILDER FORMULA**

TISHCON - PHARMED

**Each film coated tablet contains:**

Calcium Citrate USP 1000 mg, Magnesium Hydroxide IP eq. to elemental Magnesium 100 mg, Zinc Sulphate Monohydrate USP eq. to elemental Zinc 4 mg, Vitamin $D_3$ IP 200 IU, Sodium Borate BP eq. to Boron 250 mcg, Manganese Sulphate BP eq. to Manganese 2 mg, Copper Sulphate BP eq. to Copper 1 mg, Colloidal Silicon Dioxide IP eq. to Silicon 2 mg

**Colour:** Brilliant Blue FCF. Appropriate overages of vitamin is added. For Therapeutic Use

**Dosage:** As directed by the Physician.
Store in a cool, dry & dark place.

Physician's Sample not to be sold

Mfg. Lic. No. : KTK/28/255/93

Manufactured by:
**Pharmed Medicare Pvt. Ltd.**
Pharmed Gardens, Whitefield Road,
Bangalore - 560 048
Under Technical Assistance of
Tishcon Corp. New York, USA.

Batch No.
Mfg. Date
Exp. Date
*Trade Mark

# BUTZEL LONG

a professional corporation
ATTORNEYS AND COUNSELORS

J. MICHAEL HUGET

DIRECT DIAL (734) 213-3628
INTERNET huget@butzel.com

ANN ARBOR OFFICE
SUITE 300  350 SOUTH MAIN STREET
ANN ARBOR, MICHIGAN  48104-2131
(734) 995-3110  fax (734) 995-1777

July 18, 2003

**VIA U.S. MAIL**

Douglas W. Sprinkle
Gifford, Krass, Groh, Sprinkle,
  Anderson & Citkowski, P.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009-5394

      Re:    Innovation Ventures, LLC v. Natures Only, Inc., et al.
             Case No. 03-71666

Dear Mr. Sprinkle:

      This is in response to your letter of July 15, 2003.

      Please provide me with documents or other information to substantiate your clients claim that he has used the packaging at issue since at least as early as 1999.  Obviously, he should have records reflecting his investment in the tooling you mentioned in your letter as well as proposed mock-ups of the packaging.

      I understand that you are on vacation at the moment.  I would appreciate it if you would address this matter as soon as you can on your return.   Please call me if there are any problems.

            Very truly yours,

            BUTZEL LONG

            J. Michael Huget

JMH/ah
cc:   Laurie Michelson
       Thomas Morse

LAW OFFICES

# GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.

PATENT, TRADEMARK AND COPYRIGHT PRACTICE

280 N. OLD WOODWARD AVENUE, SUITE 400

BIRMINGHAM, MICHIGAN 48009-5394

(248) 647-6000

FACSIMILE (248) 647-5210

info@patlaw.com

ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
ELLEN S. COGEN (3)
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
MARK D. SCHNEIDER
BEVERLY M. BUNTING
LIONEL D. ANDERSON

OF COUNSEL
ROBERTA J. MORRIS, PH.D. (4)

PATENT AGENTS
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.

ALFRED L. PATMORE, JR.
(1929-1997)

ANN ARBOR OFFICE
101 NORTH MAIN, SUITE 800
ANN ARBOR, MICHIGAN 48104-1476
(734) 913-9300
FACSIMILE (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 28
VENICE, FLORIDA 34285
(941) 488-4245
FACSIMILE (941) 484-5258

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA
(4) NEW YORK

July 28, 2003

Our File: NOA-10070/04

Mr. J. Michael Huget
Butzel Long
150 W. Jefferson, Suite 900
Detroit, MI 48226-4450

**Via Facsimile**
**Confirmation by Mail**

Re:    Innovation Ventures, LLC v. Natures Only, Inc. et al.
       Case No. 03-71666

CONFIRMATION

Dear Mr. Huget:

As I indicated to you on the telephone, my client has utilized substantially the identical packaging in issue in this lawsuit for other products at least as early as November 1999. Enclosed herewith are copies of some of those other products.

Since my client has utilized substantially the identical packaging for its products since 1999, it would seem that your client would be hard pressed to assert trade dress in the overall shape of the packaging itself. That would leave only the name of the product and possibly the colors of the packaging for your client to legitimately assert a Lanham Act claim. However, my client has always used the mark "Cures" which certainly is not confusingly similar to "Chaser" and my client has changed the color of its packaging from red to purple and thus is unlike your client's packaging.

After you have had a chance to consider this letter, please give me a call so that we can discuss it further.

Very truly yours,

Douglas W. Sprinkle

RECEIVED
JUL 2 9 2003
J. MICHAEL HUGET

DWS/gs
Enclosures





# BUTZEL LONG

a professional corporation
ATTORNEYS AND COUNSELORS

J. MICHAEL HUGET

DIRECT DIAL (734) 213-3628
INTERNET huget@butzel.com

ANN ARBOR OFFICE
SUITE 300  350 SOUTH MAIN STREET
ANN ARBOR, MICHIGAN  48104-2131
(734) 995-3110  fax (734) 995-1777

August 7, 2003

Douglas W. Sprinkle
Gifford, Krass, Groh, Sprinkle,
  Anderson & Citkowski, P.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009-5394

      Re:    Innovation Ventures, LLC v. Natures Only, Inc., et al.
            Case No. 03-71666

Dear Mr. Sprinkle:

    I am in receipt of your most recent letter regarding defendants' packaging.  It does not appear as if we are making any progress towards settlement.

    We have already indicated in a prior letter that we do not believe the minor changes in color made by the defendants alleviate the likelihood of confusion.  To the contrary, the packages remain exceedingly similar and create a likelihood that consumers will believe the defendants' product is either affiliated with or sponsored by our client—especially since the only change made by the defendants was to substitute the colors from the Chaser package for the colors from the Wine Chaser package.

    Additionally, the documentation attached to your letter is not sufficient to prove that your clients were the first to use the rounded, die-cut, fold-over card with a manually inserted blister that contains and exposes four caplets in see-through openings.  Moreover, it appears clear that they were not using such packaging for a product that helps to alleviate hangovers prior to our client's use of this packaging.

    Accordingly, since the defendants do not appear willing to substantially overhaul the design of the Cheers packaging, it does not appear as if we are going to be able to resolve the litigation.  Therefore, we request that your clients answer the Complaint by August 22 so that the case can proceed accordingly.  If you have a conflict with this date, please let me know as soon as possible.

Douglas W. Sprinkle
August 7, 2003
Page 2

      If you have any questions, please do not hesitate to contact me.

             Very truly yours,

             *Michael Huget /tln*

             J. Michael Huget

JMH:tln

cc:    Tom Morse

91330v2

LAW OFFICES

ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
ELLEN S. COGEN (3)
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
MARK D. SCHNEIDER
BEVERLY M. BUNTING
LIONEL D. ANDERSON

OF COUNSEL
ROBERTA J. MORRIS, PH.D. (4)

PATENT AGENTS
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.

**GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.**

PATENT, TRADEMARK AND COPYRIGHT PRACTICE
280 N. OLD WOODWARD AVENUE, SUITE 400
BIRMINGHAM, MICHIGAN 48009-5394

(248) 647-6000

FACSIMILE (248) 647-5210
info@patlaw.com

ALFRED L. PATMORE, JR.
(1929-1997)

ANN ARBOR OFFICE
101 NORTH MAIN, SUITE 800
ANN ARBOR, MICHIGAN 48104-1476
(734)913-9300
FACSIMILE (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 28
VENICE, FLORIDA 34285
(941) 488-4245
FACSIMILE (941) 484-5258

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA
(4) NEW YORK

June 12, 2003

Our File: NOA-10070/04

Mr. J. Michael Huget
Butzel Long
150 W. Jefferson, Suite 900
Detroit, MI 48226-4450

Re: **Innovation Ventures, LLC v. Natures Only, Inc. et al.
Case No. 03-71666**

Dear Mike:

This letter confirms our oral agreement earlier this week that, since we are in the midst of settlement discussions and willing to change the package in issue, you will not default the defendants in this case. In the unlikely event that the settlement discussions fall apart, I will need a week's notice to prepare and file the appropriate response to the complaint.

On a more important note, samples of the new packaging have been sent to me by DHL and I should receive them either tomorrow or next Monday. As soon as I receive them, I will have a sample delivered to your office.

Very truly yours,

Douglas W. Sprinkle

DWS/gs

RECEIVED

JUN 16 2003

J. MICHAEL HUGET

# BUTZEL LONG
### a professional corporation
### ATTORNEYS AND COUNSELORS

J. MICHAEL HUGET

DIRECT DIAL (734) 213-3628
INTERNET huget@butzel.com

ANN ARBOR OFFICE
SUITE 300  350 SOUTH MAIN STREET
ANN ARBOR, MICHIGAN  48104-2131
(734) 995-3110   fax (734) 995-1777

September 10, 2003

**VIA FACSIMILE**

Douglas W. Sprinkle
Gifford, Krass, Groh, Sprinkle,
  Anderson & Citkowski, P.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009-5394

> Re:    Innovation Ventures, LLC v. Natures Only, Inc., et al.
>        Case No. 03-71666

Dear Mr. Sprinkle:

Please let this confirm my voice mail yesterday, at which time I indicated that the settlement proposal you had previously offered was not acceptable.  Therefore, we expect that Defendants will be filing an answer.  Please let me know if you cannot have an answer filed by September 19, 2003.

Very truly yours,

BUTZEL LONG

J. Michael Huget

JMH/ah

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

INNOVATION VENTURES, LLC
d/b/a LIVING ESSENTIALS.,
a Michigan corporation,

        Plaintiff,

    v.

NATURES ONLY, INC.
a California corporation,
CPB INTERNATIONAL, INC.
a Pennsylvania corporation
PHARMED MEDICARE,
a New York corporation,

        Defendants.

Case No. 03-71666
Hon. John Corbett O'Meara

_____ /

BUTZEL LONG
By:   J. Michael Huget (P39150)
      Laurie J. Michelson (P47214)
      Michael Turco (P48705)
150 W. Jefferson, Suite 900
Detroit, MI 48226
(313) 225-7000
Attorneys for Plaintiff

GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
By:   Douglas W. Sprinkle (P25326)
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
(248) 647-6000
Attorneys for Defendants

_____ /

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                        )SS
COUNTY OF WAYNE    )

Terri L. Nelson, declares that on the 26th day of September, 2003, she served a copy of the *Plaintiff's Response to Order to Show Cause,* together with a ***Proof of Service*** *via regular mail to: Douglas W. Sprinkle, 280 N. Old Woodward, Suite 400, Birmingham, MI 48009;* by placing same in a sealed envelope and depositing same in the United States mail in Detroit, Michigan, with postage fully prepaid.

I declare that the foregoing is true and accurate to the best of my information, knowledge and belief.

TERRI L. NELSON