## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**FILED**

MAR 2 4 2004
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

INNOVATION VENTURES, LLC
d/b/a LIVING ESSENTIALS.,
a Michigan corporation,

        Plaintiff,

v.

NATURES ONLY, INC.
a California corporation,
CPB INTERNATIONAL, INC.
a Pennsylvania corporation
PHARMED MEDICARE,
a New York corporation,

        Defendants.

Case No. 03-71666
Hon. John Corbett O'Meara
JURY TRIAL DEMANDED

---

| | |
|---|---|
| J. Michael Huget (P39150)<br>Laurie J. Michelson (P47214)<br>Michael Turco (P48705)<br>BUTZEL LONG<br>150 W. Jefferson, Suite 900<br>Detroit, MI 48226<br>313-225-7000 | Douglas W. Sprinkle (P25326)<br>GIFFORD, KRASS, GROH, SPRINKLE,<br>  ANDERSON & CITKOWSKI, P.C.<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI 48009-5394<br>248-647-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Natures Only, Inc.* |

---

### CONSENT JUDGMENT

This matter having come before the Court on the Complaint filed by Plaintiff INNOVATION VENTURES, LLC d/b/a LIVING ESSENTIALS ("Living Essentials") for violations of the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, as well as the common law of the State of Michigan against Defendants, NATURES ONLY, INC. ("Natures

Only"), CPB INTERNATIONAL, INC. ("CPB") and PHARMED MEDICARE ("Pharmed"), the Court finds as follows:

1.   The Court has jurisdiction over the parties and over the subject matter at issue.

2.   Since April 2001, Living Essentials has manufactured, marketed and sold a dietary supplement caplet for the prevention of hangovers under the CHASER trademark. The product is sold primarily in 40-count bottles and 4-count traveler packs. The latter trade dress consists of a rounded, die-cut, fold-over card with a manually inserted blister that contains and exposes the 4 caplets in see-through openings. The background color of the entire packaging is red with the CHASER trademark in yellow across the top. In the upper-left corner is a diagonal slant with a yellow background that contains the word "New" in red letters. This product trade dress also lists attributes of the caplets in white lettering, including "Freedom from Hangovers" and "helps prevent hangovers by absorbing elements in beer, wine and liquor that cause hangovers." Above the openings that expose the caplets is a yellow bar that runs across the length of the package with the explanation, in red letters, "Two capsules work for up to 6 drinks." On the back of the product package is a "hang tag" so that it can hang from a display in a store. The CHASER product trade dress is attached hereto at Exhibit A. The Court finds that this is a unique and distinctive trade dress.

3.   Subsequent to the launch of the CHASER product, Defendants began to promote a competing product under the CHEERS mark in packaging attached at Exhibit B.

2

4. In order to avoid further litigation, Defendants have agreed to cease all use of the packaging (Exhibit B) and immediately change it to the packaging shown in Exhibit C.

5. Accordingly, upon entry of this Consent Judgment, Defendants and their agents, servants, employees, and attorneys, and all persons in active concert or participation with it who receive notice hereof, are hereby permanently enjoined from using the trade dress attached at Exhibit B and any other trade dress that is likely to cause confusion with Living Essentials' trade dress (attached at Exhibit A). Plaintiff and its successors, affiliates and assignees, agree not to assert any future claim for copyright, trademark and/or trade-dress infringement for the packaging shown in Exhibit C. This limitation only applies to the packaging shown in Exhibit C.

6. In view of the foregoing, no accounting is ordered and no damages are awarded to Plaintiff. In addition, each party hereto shall bear its own costs and attorney fees and no costs or attorney fees are awarded to any party.

This Court retains jurisdiction over this matter for purposes of enforcing this Consent Judgment.

_____
John Corbett O'Meara
U.S. District Court Judge

Dated: __MAR 2 4 2004__ 2004

_[signature]_
Tom Morse, President
Plaintiff

_[signature]_
J. Michael Huget (P39150)
Attorney for Plaintiff

_[signature]_
Douglas W. Sprinkle (P25326)
Attorney for Defendants

_[signature]_
Sundeep Aurora, ~~Officer~~ President    10 february 2004
Defendant PharmMed Medicare

_[signature]_ RACHNA BAHADUR
[insert] Natures Only — DIRECTOR

_[signature]_
[insert]
Defendant CPB International, Inc.

4









chaser
Freedom
from
Hangovers

C









